Josephine Twardy, appellee, v. Guy A. Richardson et al., appellants. Gen. No. 39,145.

Heard in the third division of this court for the first district at the October term, 1936.                         Opinion filed June 30, 1937,

Frank L. Kriete, Erwin W. Roemer and Arthur J. Donovan, for appellants; John R. Guilliams, of counsel. Royal W. Irwin, for appellee.

Mr. Justice Hebel delivered the opinion of the court.